TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00437-CR

Ex parte Robert Nail, Appellant

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 8501, HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING

PER CURIAM

This is an appeal from an order denying relief on a pretrial writ of habeas corpus. 
The district court was ordered to conduct a hearing to determine the present status of the appeal
when appellant's attorney failed to respond to this Court's notice that his brief was overdue. Tex.
R. App. P. 38.8(b)(2). Appellant appeared at this hearing with counsel and stated under oath that
he no longer desires to appeal this matter.

The appeal is dismissed.

Before Powers, Aboussie and Kidd

Dismissed

Filed: November 5, 1998

Do Not Publish